**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIK WENTZELL, INC.; ERIK JOHN WENTZELL; and AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>        Defendants. | Case No. EDCV 09-1027-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of Plaintiff Construction Laborers Trust Funds For Southern California Administrative Company ("Plaintiff") against Defendants Erik Wentzell, Inc. ("Wentzell, Inc.") and Erik John Wentzell ("Wentzell"). The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiff by Wentzell, Inc., is $149,958.98, calculated as follows:

   a) $116,034.89 for unpaid monthly contributions through December 2008;

   b) $8763.57 in contractual pre-judgment interest, calculated as of December 14, 2009;

   c) $23,525.61 in liquidated damages for failure to pay or pay timely monthly contributions;

   d) $1,600.00 for audit fees; and

   e) $35.00 for returned check fees.

The amount of damages ordered paid to Plaintiff by Wentzell is $38,113.85, calculated as follows:

   a) $28,888.49 for unpaid monthly contributions to the Construction Laborers Vacation Trust for Southern California through December 2008;

   b) $3,042.89 in contractual pre-judgment interest, calculated as of December 14, 2009;

1       c) $5,777.69 in liquidated damages for failure to pay
2       or pay timely monthly contributions;
3
4       d) $396.48 for audit fees;
5
6       e) $8.35 for returned check fees.
7
8       Plaintiff's total recovery of damages is not to
9  exceed $149,958.98.
10
11      In addition, Plaintiff is awarded reasonable
12 attorneys' fees of in the amount of $6,599.18 and costs
13 of suit in the amount of $644.34, to be paid by Wentzell,
14 Inc. and Wentzell, jointly and severally.
15
16      Finally, final and permanent injunctive relief is
17 hereby granted as follows:
18
19 a) Wentzell, Inc. and Wentzell are ordered to deliver or
20    cause to be delivered to the offices of Plaintiff's
21    attorneys no later than thirty (30) days from the date
22    of entry of this judgment:
23
24    (1) A truthfully and accurately completed report
25        form (hereinafter "Monthly Report") for each of
26        Wentzell, Inc.'s past and present accounts with
27        the Trust Funds for the months of November 2008
28

1    and each month from July 2008 through December
2    2009, collectively identifying all persons for
3    whom Wentzell, Inc. owes Monthly Contributions
4    to the Trust Funds for those months and the
5    hours of work they performed for which Monthly
6    Contributions are due;

8  (2) A cashier's check or checks made payable to the
9    "Construction Laborers Trust Funds for Southern
10   California" totaling the full amount of Monthly
11   Contributions due by Wentzell, Inc. to the Trust
12   Funds for those months.

14 (b) For each month after December 2009, Wentzell, Inc.
15   and Wentzell are ordered to submit timely Monthly
16   Contributions and Monthly Reports to the Trust Funds
17   on behalf of Wentzell, Inc. in accordance with the
18   terms of the Southern California Master Labor
19   Agreement, unless Wentzell, Inc. has both inactivated
20   its accounts with the Trust Funds in accordance with
21   the terms of the Southern California Master Labor
22   Agreement and has in fact not performed any work
23   covered by the Southern California Master Labor
24   Agreement.

Dated: February 11, 2010

*(signature)*
VIRGINIA A. PHILLIPS
United States District Judge

4