UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK WENTZELL, INC., a California corporation; ERIK JOHN WENTZELL, an individual; et al.,<br><br>Defendants. | CASE NO.: 5:09-cv-01027-VAP-(KKx)<br><br>[PROPOSED] **RENEWAL OF JUDGMENT BY CLERK**<br><br>[No Hearing Scheduled] |

On February 11, 2010, judgment was entered in this action ("Judgment") in favor of the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("JUDGMENT CREDITOR"), and against defendants Erik Wentzell Inc. ("WENTZELL INC.") and Erik Wentzell ("WENTZELL"). [Court Document 42 (Judgment).] As indicated in it, the Judgment had three monetary components. First, $149,958.98 was awarded against WENTZELL INC. Second, $38,113.85 was awarded against WENTZELL. Third, attorneys' fees in the amount of

$6,599.18 and costs in the amount of $644.34 (totaling $7,243.52) were awarded jointly and severally against WENTZELL INC. and WENTZELL, resulting a total monetary judgment of 157,202.50 against WENTELL INC. ($149,958.98 plus $7,243.52) and $45,357.37 against WENTZELL ($38,113.85 plus $7,243.52).

[Abstracts of Judgment] Abstracts of judgment as to the Judgment were recorded as follows:

| Date: | Instrument No.: | Judgment Debtor |
|---|---|---|
| March 29, 2010 | 10-7227117725 | WENTZELL INC. |
| March 29, 2010 | 10-7227117462 | WENTZELL |
| January 16, 2015 | 1574459716 | WENTZELL INC. |
| January 16, 2015 | 1574459712 | WENTZELL |

[Notices of Judgment Lien] Notices of judgment lien as to the Judgment were filed with the California Secretary of State as follows:

| Date | County | Instrument No. | Judgment Debtor |
|---|---|---|---|
| April 12, 2010 | San Bernardino | 2010-0140297 | WENTZELL INC. |
| April 12, 2010 | San Bernardino | 2010-0140296 | WENTZELL |
| October 13, 2016 | Los Angeles | 2016-1259081 | WENTZELL |
| October 26, 2016 | San Bernardino | 2016-0449923 | WENTZELL |
| November 16, 2016 | Riverside | 2016-0511521 | WENTZELL |
| December 13, 2016 | Kern | 0216178916 | WENTZELL |

**NOW, upon application of the JUDGMENT CREDITOR:**

The $149,958.98 Judgment against WENTZELL INC. is renewed as follows:

    a.    Total Judgment………………………………… $149,958.98

    b.    Costs after Judgment……………………….. $ 0.00

|   |   |   |   |
|---|---|---|---|
| c. | Less Credits after Judgment | $ | 0.00 |
| d. | Interest after Judgment computed from February 11, 2010 to March 20, 2019 at 0.33% (accruing at $1.36 per day) | $ | $4,503.95 |
| e. | Total Renewed Judgment | $ | 154,462.93 |

The $38,113.85 Judgment against WENTZELL is renewed as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Total Judgment | $ | 38,113.85 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Less Credits after Judgment | $ | 0.00 |
| d. | Interest after Judgment computed from February 11, 2010 to March 20, 2019 at 0.33% (accruing at $0.34 per day) | $ | 1,144.73 |
| e. | Total Renewed Judgment | $ | 39,258.58 |

The $7,243.52 Judgment for Attorneys' Fees and Costs Awarded Jointly and Severally Against Judgment Against WENTZELL INC. and WENTZELL is renewed as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Total Judgment | $ | 7,243.52 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Less Credits after Judgment | $ | 0.00 |
| d. | Interest after Judgment computed from February 11, 2010 to March 20, 2019 at 0.33% (accruing at $0.07 per day) | $ | 217.56 |
| e. | Total Renewed Judgment | $ | 7,461.08 |

DATED: 3/29/19

B. Moss
CLERK OF THE COURT

337942.2

3

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **March 27, 2019**, I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original  ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Erik Wentzell, Inc.          Erik John Wentzell
1777 W. Arrow Route, #407    xxx xxxx
Upland, CA 91786             Upland, CA xxxxx

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at __:__ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **March 27, 2019**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Mary Helen López

337942.2